FLAKE *v.* N. C. RAILROAD Co., from Anson. Affirmed November 14.

KENNEDY *v.* R. & A. A. L. RAILROAD Co., from Moore. Affirmed November 14.

STATE *v.* BURGESS, from Randolph. Affirmed November 21.

CLEMENT *v.* ROSEMAN, from Rowan. Affirmed November 21.

GOODMAN *v.* CLEMENT, from Rowan. Compromised by the parties, October 27.

REEVES *v.* JONES, from Alleghany. Defendant's appeal docketed and dismissed under Rule 17, November 21.

WILSON *v.* ELLIOTT, from Catawba. Affirmed December 19.

WILSON *v.* FOSTER, from Burke. Motion of defendant for *certiorari* allowed December 12.

ABERNETHY *v.* MFG. Co., from Gaston. Affirmed December 12.

HICKS *v.* GRIZZLE, from Rutherford. Motion for new trial for newly discovered evidence denied, and judgment of Court below affirmed December 19.

HOFFMAN *v.* HOFFMAN, from Lincoln. Affirmed December 19.

WATKINS *v.* SCOGGIN, from Rutherford. Reversed December 19. This case is governed by *Gattis v. Griffin,* at this term.

MOTZ *v.* C. C. RAILROAD Co., from Lincoln. Plaintiff's appeal docketed and dismissed under Rule 17, December 8.

EVERETT *v.* SPENCER, from Swain. Settled and judgment against defendant for costs, December 12.

HENRY *v.* STEWART, from Macon. Affirmed, December 19.